# EXHIBIT 1

# INVOICE

# D.C. Disability Law Group, P.C.  - User Summary

Date Start: 10/1/2012 | Date End: 10/25/2016 | Clients: | Projects: DPL 2013-2014 | Users: | Account Managers: All

## Alana Hecht

| Date | Description | Rate/ Unit Price | Labor Time/ | Billable Time/ | Bill Amt/ Sell Price | on-Billable Time |
|---|---|---|---|---|---|---|
| 06/01/2014 | Initial meeting with parent and grandparent about student issues, potential denials of FAPE, concerns about placement and IEP, need for due process complaint, advised on legal issues, next steps, devised initial strategy. | $370.00 hr | 1.50 | 1.50 | $555.00 | 0.00 |
| 06/01/2014 | Following initial meeting with parent and grandparent regarding denials of FAPE, reviewed the hundreds of pages of random school and related records. Organized. Made note of what other records are needed. Scanned for important information about student needs, level of | $370.00 hr | 4.70 | 4.70 | $1,739.00 | 0.00 |
| 06/01/2014 | Following initial meeting with parent and grandparent, conducted initial legal research on some issues raised | $370.00 hr | 2.50 | 2.50 | $925.00 | 0.00 |
| 06/01/2014 | Draft and send email to DCPS asking for a meeting to discuss this newly retained student/ parent based on concerns about the upcoming school year and the student's deficits. This meeting will be used to build a case | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 06/02/2014 | Receive and review email from DCPS special education coordinator in response to my request for a meeting to discuss concerns. DCPS is providing dates to meet. | $370.00 hr | 0.10 | 0.10 | $37.00 | 0.00 |
| 06/02/2014 | Phone call to the parent to advise of the information I learned from reading the records sent and to discuss initial strategy including requesting meeting and gathering additional records. Answered parent's questions about | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |
| 06/02/2014 | Received phone call from the student's general/ special education teacher regarding our representation/ initial communication with the school. The teacher and I discussed the student's academic issues, her continuing concerns about lack of progress and the need for more intensive services, work and other samples that she might | $370.00 hr | 0.30 | 0.30 | $111.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 06/02/2014 | Draft and send letter to the parent providing copies of the records and meeting request made on her behalf, and providing some basic information about next steps based | $370.00 hr | 0.40 | $148.00 | 0.00 |
| 06/03/2014 | Receive and review email from DCPS teacher Brie Whitmire providing records in response to our records request. These records are likely to support the need for a | $370.00 hr | 0.10 | $37.00 | 0.00 |
| 06/03/2014 | Following receipt of dozens of records (hundreds of pages) from teacher at DCPS, print, organize, and review all additional records provided. compare records to what was requested to make sure nothing additional is needed. | $370.00 hr | 5.40 | $1,998.00 | 0.00 |
| 06/03/2014 | Review for specific information regarding progress of the Draft letter to parent re IEP reminder for June 17, 2014 at 11:30am. State purpose and meeting location. Advised how this meeting ties into our litigation strategy and will | $370.00 hr | 0.30 | $111.00 | 0.00 |
| 06/16/2014 | In-person conference with expert Holman, who will be attending the meeting on behalf of the student and later will act as our expert at hearing due to her role as his advocate. Discussed agenda for meeting, concerns we want to get on the record based on my record-review, | $370.00 hr | 1.20 | $444.00 | 0.00 |
| 06/16/2014 | Phone call to parent and grandparent (conference call) to discuss agenda for meeting, advocate's role at meeting and parent's role at meeting, concerns we want to get on the record based on my record-review, denials of FAPE to discuss, any additional records needed. Discussed parents' | $370.00 hr | 0.30 | $111.00 | 0.00 |
| 06/18/2014 | Receive and review meeting notes taken by expert / advocate at the recent meeting. Purpose of review is to determine what took place at the meeting, any additional denials of FAPE, the proper response to the meeting | $370.00 hr | 0.50 | $185.00 | 0.00 |
| 06/18/2014 | Following review of meeting notes, conference call with parent and grandparent to talk about yesterday's meeting and next steps/ legal strategy. Explained the ramification of the meeting decisions and us raising her concerns and | $370.00 hr | 0.30 | $111.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 06/18/2014 | Receive and review follow-up letter drafted by the student's educational advocate, Dr. Ida Jean Holman outlining her and the parent's concerns about the issues in the case, and the meeting held yesterday, 6/17/2016 Purpose of review is to ensure that any information in the letter that can be construed as containing legal information is accurate and appropriate to include. Also | $370.00 hr | 0.50 | $185.00 | 0.00 |
| 06/18/2014 | Receive and review email showing transmission by educational advocate of the follow-up letter she drafted outlining her and the parent's concerns about the issues in the case, and the meeting held yesterday, 6/17/2016. | $370.00 hr | 0.10 | $37.00 | 0.00 |
| 10/27/2014 | Consult with educational advocate/ expert following her analysis of the data in this case regarding lack of student progress including extensive comparison of test scores across time and other information she reviewed to determine that the student's educational program is inappropriate and harmful to him. discussed all the | $370.00 hr | 1.10 | $407.00 | 0.00 |
| 10/28/2014 | Receive and review follow-up letter drafted by the student's educational advocate, Dr. Ida Jean Holman outlining her and the parent's concerns about the issues in the case. Purpose of review is to ensure that any information in the letter that can be construed as containing legal information is accurate and appropriate to include. Also reviewed to ensure that if this letter ends up | $370.00 hr | 0.60 | $222.00 | 0.00 |
| 03/23/2015 | Receive and review email from educational advocate Holman to DCPS, sent at my request/ direction, following up on recent meeting and asking about whether another meeting will be held to review evaluations. This meeting is | $370.00 hr | 0.10 | $37.00 | 0.00 |
| 04/09/2015 | Receive and review email chain from educational advocate showing communications setting up meeting for the 20th. This meeting needed to discuss parental concerns/ denials | $370.00 hr | 0.10 | $37.00 | 0.00 |
| 05/21/2015 | Start the process of completing due process complaint by reviewing the file, electronic file, attorney notes, and school records and determining which documents will be | $370.00 hr | 2.60 | $962.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 05/21/2015 | Using the documents already gathered, start the process of drafting the due process complaint by creating an outline for use in drafting the due process Complaint. Time includes review of documents to determine appropriate claims and how to organize the complaint so it | $370.00 hr | 5.50 | 5.50 | $2,035.00 | 0.00 |
| 05/28/2015 | Conduct legal research, including both case law and statutory (IDEA) to determine which laws and cases will be relied upon in the complaint to prove that the student was denied a FAPE. Identify provisions that are appropriate to | $370.00 hr | 3.60 | 3.60 | $1,332.00 | 0.00 |
| 06/01/2015 | called the parent about filing a complaint by tomorrow. Parent is on board. Advised her on the RSM and what to expect. Told her the deadline for the HOD would be | $386.00 hr | 0.30 | 0.30 | $115.80 | 0.00 |
| 06/01/2015 | Using the outline created, draft the facts section of the due process complaint. Also started legal claims and request for relief. | $386.00 hr | 6.50 | 6.50 | $2,509.00 | 0.00 |
| 06/02/2015 | Continue/finish drafting both the facts section of the due process complaint and the legal claims and request for relief and all other required portions of the complaint in order for it to be properly filed. Complaint is more than 50 | $386.00 hr | 4.20 | 4.20 | $1,621.20 | 0.00 |
| 06/02/2015 | File due process complaint on behalf of the parent and serve on DCPS. | $0 hr | 0.20 | 0.20 | $0.00 | 0.20 |
| 06/04/2015 | Receive and review email from Justin Douds, DCPS attorney, advising that Mr. Jaffe will be the one | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 06/04/2015 | Receive and review email from Mr. Jaffe, DCPS counsel, advising that he can't do the PHC on the date suggested in the Notice of IHO appointment because he has another | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 06/04/2015 | Draft and send email to both the IHO and DCPS counsel advising on my availability for the PHC on the dates being thrown out thusfar. Advised of concerns about surgery | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 06/04/2015 | Draft and send a detailed letter to the parent with copy of the Complaint advising about the filing of the complaint, the claims and relief, the next steps including the RSM, and timelines. Advised about relief requested and need to find | $386.00 hr | 0.40 | 0.40 | $154.40 | 0.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/04/2015 | Draft and send email to the RSM scheduler from DCPS in response to email he sent me about a message he left on my machine. Advised that it would be easier for DCPS to | $386.00 hr | 0.10 | $38.60 |
| 06/04/2015 | Receive and review email from the Office of Dispute Resolution with Notice of Hearing Officer Appointment indicating that the IHO assigned to the case is Michael Lazan, and the opposing counsel is Justin Douds. | $386.00 hr | 0.10 | $38.60 |
| 06/05/2015 | Receive and review email from the IHO about dates/ times for the PHC and the DPH. HE provides some options and | $386.00 hr | 0.10 | $38.60 |
| 06/05/2015 | Draft and send email to the IHO and DCPS counsel re: the PHC and the DPH. Advise that I can do all the suggested dates/ times in the previous email from the hearing | $386.00 hr | 0.10 | $38.60 |
| 06/09/2015 | Receive and review email from DCPS providing some possible dates in mid-June for a resolution meeting. Will | $386.00 hr | 0.10 | $38.60 |
| 06/09/2015 | Call to the parent and grandparent (conference call) to discuss the RSM, the proposed dates, what to expect, the purpose of the meeting, the possible outcomes, possible | $386.00 hr | 0.30 | $115.80 |
| 06/09/2015 | Draft and send email to DCPS confirming the 17th for the RSM and asking for confirmation on the meeting location. | $386.00 hr | 0.10 | $38.60 |
| 06/09/2015 | Phone call to the parent (again) to discuss possible school options for the student to present to the hearing officer for consideration. Discussed the parent's view of the student's needs in a school. Advised as to possible options including Kingsbury. Answered parent's questions about the process of obtaining a favorable HOD that contains an order for DCPS to fund tuition and transportation to | $386.00 hr | 0.30 | $115.80 |
| 06/09/2015 | Receive and review email from educational advocate to DCPS, sent at my request/ direction, sending a placement packet to Kingsbury for their review and consideration of | $386.00 hr | 0.10 | $38.60 |
| 06/09/2015 | Receive and review email from the hearing officer advising of the final hearing and PHC date and time. Marked | $386.00 hr | 0.10 | $38.60 |
| 06/09/2015 | Receive and review email from the hearing officer attaching an "Order on Resolution Process." Reviewed | $386.00 hr | 0.10 | $38.60 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 06/09/2015 | Receive and review email from DCPS counsel advising that he can do the hearing on the dates the IHO secured, but he can't do the PHC at the date/ time confirmed by the IHO. | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/10/2015 | draft and send email response to Mr. Jaffe and the IHO now that DCPS can't do the PHC at the date/ time already confirmed by the IHO. Provide my availability for the new | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/10/2015 | Receive and review email from the IHO in this case confirming a new date and time for the PHC after Mr. Jaffe | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/10/2015 | Receive and review email from DCPS providing a RSM confirmation document. Reviewed to determine expected | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/16/2015 | Prepare for meeting with DCPS to discuss possible settlement of the issues raised in the due process complaint. Preparation includes review of Complaint, | $386.00 hr | 0.80 | $308.80 | 0.00 |
| 06/17/2015 | Draft and send email to Ms. Gustafson of Kingsbury school reminding them of the placement packet sent regarding this student. Advised that the parent is waiting to hear from them to go through the admissions process, so that a | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/17/2015 | Attend and participate in meeting with DCPS and the parent to discuss possible avenues of resolution of the case before going to hearing. No settlement was reached | $0 hr | 1.20 | $0.00 | 1.20 |
| 06/17/2015 | Following conclusion of meeting with the parent, grandparent, and DCPS to discuss possible settlement of the pending case, convened with the student's teacher to discuss some of the issues that arose at the meeting. the teacher believes the student needs the relief requested in | $386.00 hr | 0.50 | $193.00 | 0.00 |
| 06/17/2015 | Receive and review email from the Head of School of Kingsbury advising that she will have someone get the parent in for admissions right away, indicating that the parent could come with the student as early as tomorrow. She advised they would reach out and schedule everything | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 06/18/2015 | Receive and review DCPS's Response to the Due Process Complaint filed on behalf of this student. Time includes review of the response, making note of DCPS's defenses, and making a determination of whether any additional factual or legal research is going to be necessary in this | $386.00 hr | 0.50 | $193.00 | 0.00 |
| 06/19/2015 | Receive and review email from the IHO providing two attached forms for our review in advance of the PHC in this | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | Receive and review email from the IHO asking if we can move the PHC back to a later time due to his late train. | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | Draft and send email to the IHO to advise that I can push the PHC back this afternoon in order to accommodate his | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | Receive and review email from DCPS counsel Jaffe advising that he did not have the PHC on his calendar for today. He | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | receive and review yet another email from the IHO about the PHC today. He asks if we are available to push it back to Monday because of his train schedule and Mr. Jaffe's | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | receive and review Mr. Jaffe's response about rescheduling the PHC to Monday at the IHO's request. He says he can | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | Draft and send email to the IHO and DCPS counsel advising of my availability for a PHC on Monday, since the IHO | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | Receive and review email from Mr. Jaffe of DCPS asking if we can resolve the case without private placement. He says that he is prepared to be "generous" but he will not | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | Receive and review email from the IHO advising that the PHC has been rescheduled to Monday at noon. Made note | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | Draft and send email response to Mr. Jaffe in response to his request that I send him a demand for settlement that does not include private placement. Advised him that is not possible because the student requires a separate day | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/19/2015 | Receive and review email from DCPS attorney Jaffe complaining about my and the parent's refusal to settle the case without placement. His email tries to convince me that we won't win the case. He said that the student does not have a full time IEP and I and the parent are the | $386.00 hr | 0.10 | $38.60 | |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/19/2015 | Draft and send email to the attorney for DCPS in response to his last email about the student's needs. I advised that the IEP actually was increased to full-time and his last email was wrong. I advised that the teachers from DCPS agreed the student needs to be removed from DCPS, but DCPS insisted on using the "Los team." Advised that we | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/22/2015 | Draft and send email to Tal Alter, a potential witness in the case that has been helping the parent get the student some educational resources due to denials of FAPE. Introduced myself, advised him of the upcoming hearing. | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/22/2015 | Receive and review email from Tal Alter, a potential witness in the case that has been helping the parent get the student some educational resources due to denials of | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/22/2015 | In response to email from now agreed-on witness Tal Alter and at his request, drafted and sent email to Mr. Alter with hearing office location and protocol and a copy of the | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/22/2015 | Receive and review email from Mr. Alter, witness in the case, forwarding an email from the grandparent that should have come to me. The email contains a number of questions the grandparent and parent have about the case | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/22/2015 | Draft and send follow up to Kingsbury admissions department to check the status of admissions so we can | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/22/2015 | Conference call with the grandmother and mother in response to email received with questions the grandparent and parent have about the case including the Lindamood-Bell testing and its connection to the due process hearing. I will reach out to the parent and grandparent to discuss. | $386.00 hr | 0.30 | $115.80 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 06/22/2015 | In anticipation of today's Pre-Hearing conference, where the parties will be asked to discuss the claims, defenses, expected witnesses, and other issues related to the due process complaint, prepared for the PHC by reviewing the "subjects to be considered" that were provided by the IHO via email and taking notes on the answers that will be provided to the IHO for the various questions I expect to be asked during the PHC. Time also includes a review of | $386.00 hr | 1.10 | $424.60 | 0.00 |
| 06/22/2015 | Participate in Pre-Hearing Conference with IHO and DCPS Counsel in order to review the claims, defenses, expected witnesses, expected length of hearing, the possibility of | $386.00 hr | 0.80 | $308.80 | 0.00 |
| 06/23/2015 | Call with Barbara Roach, grandparent and main witness in the case, about the upcoming hearing, the LMB assessment and appointment coming up, the Kingsbury visit, explaining the process and purpose of each, and | $386.00 hr | 0.30 | $115.80 | 0.00 |
| 06/25/2015 | Receive and review email from the grandparent advising that they have an appointment for the student to attend Kingsbury for an admissions interview next week. this will | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 06/25/2015 | Receive and review Pre-Hearing Order issued by the IHO in this case memorializing the claims, defenses, and expectations of the IHO for the upcoming due process hearing. Made note of deadlines and reviewed to determine if any objections need to be made to the Order, | $386.00 hr | 0.60 | $231.60 | 0.00 |
| 06/29/2015 | Receive and review email from LindaMood Bell staff advising me of the appointment they have with the parent and student to test the student on July 9. This will allow for additional testing results as evidence in the complaint | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/03/2015 | Receive and review email from LindaMood Bell providing me with the testing results from the testing of the student. This will be evidence in the upcoming case and will serve as the basis of some of the testimony of the LMB witness. Reviewed the report in detail to determine results and if they support the allegations we made re: the severity of | $386.00 hr | 0.50 | $193.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/07/2015 | Receive and review offer of Settlement from DCPS along with an email explanation of the salient points. Reviewed thoroughly to become familiar with terms so I can share | $386.00 hr | 0.50 | $193.00 | 0.00 |
| 07/08/2015 | Phone call to the parent following receipt of settlement offer from DCPS to discuss the offer and the case moving forward. Reviewed offer with parent and pros and cons of taking the offer. Parent asks that we reject the offer on her behalf. Also discussed proposed placement. Student is doing two day visit at Kingsbury and the parent will fill us in regarding her thoughts on the proposed placement in | $386.00 hr | 0.30 | $115.80 | |
| 07/08/2015 | Draft and send email to Kingsbury advising that we need an update re: admissions for this student. Advised the parent indicated the student was doing a visit for admissions for this student. Reminded DCPS of the | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/08/2015 | Following phone call with the parent re: proposed settlement, draft and send detailed rejection letter re: settlement going paragraph by paragraph in response to proposal with reasons for rejection. Sent via email to | $386.00 hr | 0.50 | $193.00 | 0.00 |
| 07/09/2015 | Receive and review email from the grandmother who will be a witness in the case advising that she is going to be out of town on the date of the hearing and asking about specifics regarding her daughter's need to be there on one | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Draft and send reminder email to Tal Alter, who will be a witness in the upcoming case for the student. Reminded him of the date of the hearing and also logistics re: scheduling. Advised that if there are any records that he | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Draft and send email to Ms. Roach, the grandmother and a main witness in the upcoming hearing, about possible witnesses for the hearing. Advised her that if there are any outside providers or individuals that should be | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Receive and review email from the student's grandmother and a witness in the case. She advised that she does not know of any additional witnesses for the case, but she will check with the student's mother and let us know. She | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/09/2015 | Draft and send email response to the student's grandmother assuring her that we have the Lindamood Bell report for use in the hearing, and that we will await | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Receive and review email from witness Tal Alter, who will be a participant in the hearing for this student. He advised | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Draft and send email to the witness for the case, Tal Alter, in response to the information that he has reports from a private tutor that was hired for the student. I advised him that we might be able to use the tutor as a witness and | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Receive and review five emails with reports from the student's private tutor from witness Tal Alter, who along with his organization actually hired someone to tutor the student because of his inappropriate education. printed reports for further review in advance for the hearing and | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Following retrieval of contact information for the tutor who worked with the student, drafted and sent email to the tutor advising as to the possible need for testimony in the case and asking whether the tutor may be amenable to | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Receive and review email form Barbara Roach with questions about the hearing and LMB. She wanted to know whether she could call the center to find out the testing results. She also had some confusion over whether | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Draft and send email to the grandmother in response to several inquiries she made about the case and the proposed relief. Advised re: the LMB and the placement and assured we would be asking for both. Answered her | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Receive and review email from the grandmother who is a witness in the case asking for dates for the hearing. She also asked for details about how it works with us and DCPS | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/09/2015 | Draft and send email to the grandmother and main witness in the case in response to her inquiry about the | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/10/2015 | Draft and send email to grandmother Ms. Roach advising that she will be able to participate over the phone in the case if needed if she is out of town. Also advised that the parent definitely will have to be at the hearing in person | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/10/2015 | Receive and review another email from the grandmother and witness in the case. She advised she can and will participate via phone. She also advised that the parent will | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/16/2015 | Draft and send email to Kingsbury admissions director requesting information on whether this student has been accepted into their program. This information is needed in | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/16/2015 | Receive and review email from Kingsbury admissions director asking for the most recent IEP for this student for their consideration in determining whether he can be | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/16/2015 | Per the request of the admissions director, locate and scan copy of the student's most recent IEP and send to Kingsbury for their use in determining whether he can be | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/16/2015 | Receive and review email from Admissions Director of Kingsbury advising us that this student's file is in the final stages of review for a determination of whether he is | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/17/2015 | Receive and review email from Kingsbury Admissions Director advising that the school won't have an answer for us about admissions for this student for at least another week because next week the team will be on some kind of | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/17/2015 | Draft and send email of concern to Kingsbury Admissions Director following receipt of email re: schedule to find out whether the student is admitted into the school. Advised that if they wait more than a week to advise us regarding | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/17/2015 | Receive and review email from CEO/ Head of School advising that she will go ahead and review the file remotely so that she can determine the answer to whether the student is admitted without making us wait | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/20/2015 | Receive and review email from Kingsbury Admissions Director to advise that the student has been accepted into their school and therefore can be presented for | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | Balance |
|---|---|---|---|---|---|
| 07/20/2015 | Receive and review email from witness Dr. Somercville regarding preparation time for the hearing and hearing prep. She advised she needs a release from the parent to | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/20/2015 | Draft and send email response to Dr. Somerville regarding her testimony in the case. Provided consent from the parent as requested. Provide dates/ times for preparation | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/21/2015 | Forward email from Kingsbury re: acceptance to parent and grandparent and advise that I will call with next steps | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email to Dr. Somerville following call to her office to determine the individual responsible for the evaluation located in the student's file in preparation for hearing. Purpose of email is to determine if this individual may be able to testify at the due process hearing based on her evaluation of the student and her expertise. Purpose | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/22/2015 | Phone call to the parent regarding the acceptance to Kingsbury, next steps, and the parent's concern that her job won't let her off for the second day of hearing. Advised her I would reach out to the hearing officer about whether she could be excused for the second day of the | $386.00 hr | 0.30 | $115.80 | 0.00 |
| 07/22/2015 | Receive and review email from the parent asking our chances of getting the private placement in this case and asking about her mother as a witness even though she will | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email to the parent advising that her mother would receive a call from us during the hearing for her testimony. Per her request, advised about the likelihood of success on the merits of the case. Advised of | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Receive and review email from the grandmother in this case asking when I want to meet to prepare for the | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email to Kingsbury in response to the email that they sent about the student being accepted into the school. Advised that I needed to know whether or not Marlene Gustafson from the school would be back in town | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 07/22/2015 | Following phone call with Rochelle Matthews-Somerville, receive and review email from her about our call. She provided her resume for our use in the five day disclosure. She also advised that she is happy to participate in the hearing for the student. She advised of the time period in which she worked with him and about her ability to review the assessment. She asked if I could provide several dates/ | $386.00 hr | 0.20 | 0.20 | $77.20 | 0.00 |
| 07/22/2015 | Receive and review second email from Dr. Somerville, expert for the upcoming case, advising that she has reached out to the tutor who worked directly with the student and that person is also willing to testify on the | $386.00 hr | 0.20 | 0.20 | $77.20 | 0.00 |
| 07/22/2015 | Draft and send email response to Dr. Somerville agreeing to her rates for expert testimony and advising about when | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email to the private tutor who is a speech/ language pathologist and who indicated interest in participating as a witness in the case. Advised her of my role in the case, the hearing date, and our interest in having her testify in the case. Provided information about | $386.00 hr | 0.20 | 0.20 | $77.20 | 0.00 |
| 07/22/2015 | Following phone call with the supervisor, draft and send email to Ms. Wiggins advising that she was given permission to testify in the due process hearing in this case and asking whether we can set a time to prepare for the | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email to Tal Alter, witness for the upcoming case. Advised that we need to set up a time to prepare for | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Receive and review email from DCPS attorney to the IHO in response to my request that the parent be dismissed for day 2 of the hearing. The attorney alleged that I violated a | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email to the IHO in this case advising him that the parent would be present for the hearing during the first day, but that her boss refused to allow her off for | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email to grandmother and mother regarding need to have a meeting to prepare for the | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/22/2015 | Receive and review email from the witness and grandmother and witness Barbara Roach advising of her availability to prepare with me at the office for the hearing | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email response to the grandmother / witness in the case advising that we would prepare on the 30th at my office, but that the hearing would be on first street NE at the office of dispute resolution. Advised that | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Receive and review email from the IHO in this case advising that the parent can be excused for the second day | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Receive and review email from Marlene Gustafson advising of her availability to be a witness in this case. She | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Draft and send email to the parent and grandparent, both witnesses in the case, asking if they can both come at 5 pm to testify on the 30th so I had the rest of the day to prep | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/22/2015 | Receive and review email from Ms. Berry advising that she is available to testify in person for the hearing and asking for details so she can put it on her calendar. She also advised of her availability to prepare with me on the 31st of July and sent her resume. Time includes review of | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/22/2015 | Draft and send email response to Ms. Matthews-Berry, S&L/ tutor that will testify in person at the hearing. Advised her of the date and set up a time to prepare with | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/23/2015 | Receive and review email from the parent asking for clarification on the day I am asking to meet to prepare for the due process hearing. Time includes sending response | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/23/2015 | Receive and review email from the witness Marlene Gutafson from Kingsbury advising that she can prep with | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/23/2015 | Draft and send email to Nancy Gregerson of LMB asking whether we can prep for the hearing in this case | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/23/2015 | Receive and review email from Ms. Gregerson confirming that we can prep for the hearing for this student tomorrow | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/23/2015 | Draft and send email to Ms. Gustafson proposing that we prep for the hearing in this case on August 3. Hearing prep | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/23/2015 | Receive and review email from the parent confirming she can meet at 5:30 pm on the 30th and asking where we will | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/23/2015 | Draft and send email to the parent advising her of where we will meet to prepare for the hearing and confirming | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Draft and send email to witness Gustafson from Kingsbury asking whether 11 am on August 3 is an ok time to prep for | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Receive and review email from Kingsbury with an attached acceptance letter for us to disclose in the five day | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Receive and review several emails forwarded to me by Tal Alter of the Nationals in advance of his testimony at the hearing. Reviewed each email chain to determine the | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/24/2015 | Draft and send email to Ms. Gregerson at LMB regarding her testimony for the upcoming hearing. Asked if we could switch the time of her testimony because of other | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Receive and review email response from LMB witness regarding time of testimony. She advised of her flexibility | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Draft and send email to Mr. Alter, witness for the upcoming case. Advised that I am waiting to see if he has any additional emails for my inclusion in the five day disclosure packet and he should advise me if any more are | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Receive and review email response from Mr. Alter advising that he will search for any additional relevant emails for the student. He also asked on behalf of the student's teacher for an update about whether the student is going | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Draft and send email response to Mr. Alter and the student's teacher, both witnesses for the upcoming case. Advised as to the actions of DCPS thusfar in giving the LMB | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | In advance of preparing for the hearing with witness from Lindamood-Bell, Nancy Gregerson, draft questions for use in direct examination. Time includes review of testing | $386.00 hr | 0.80 | $308.80 | 0.00 |
| 07/24/2015 | Receive and review response from DCPS witness in upcoming hearing Tal Alter. He advised that he would like to prep for the hearing today and asked for times. Time | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|------|-------------|------|-------|--------|---|
| 07/24/2015 | Prep for the hearing with witness Nancy Gregerson of LMB. Reviewed possible questions on direct and cross examination. Discussed report generated by LMB and | $386.00 hr | 0.80 | $308.80 | 0.00 |
| 07/24/2015 | Draft and send email to Mr. Alter, witness for upcoming hearing, regarding prep for the hearing for this student. Asked when he might be available and provided some | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Draft and send email to expert Dr. Somerville who will be testifying in the case. Asked her when we could prep for | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Draft and send email to Mr. Alter, witness in the upcoming case, asking if he has any documents for us to use in the five day that we are starting to work on at this time. | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Prep with witness for the case Tal Alter. Interviewed witness at length to determine what he knows in order to be able to draft appropriate questions. took notes and | $386.00 hr | 1.20 | $463.20 | 0.00 |
| 07/24/2015 | Start the process of completing the five day disclosures in the case by reviewing the electronic file, all emails in the case, and the entire paper file and selecting, identifying, and organizing relevant documents into exhibits to use in | $386.00 hr | 5.50 | $2,123.00 | 0.00 |
| 07/24/2015 | Following organization of documents for five day, start the process of drafting five day disclosure cover sheet by listing all witnesses and making detailed description of each witness's possible testimony and area of expertise as | $386.00 hr | 1.40 | $540.40 | 0.00 |
| 07/24/2015 | Receive and review email from witness Dr. Sommerville re: the hearing. She advised of her availability to prepare and also for the hearing and asked for estimates of the time | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Draft and send email response to Dr. Somerville. Advised of time commitment per her request for both testimony and prep. Advised of my availability for both. Advised of | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/24/2015 | Draft and send email to the Admissions Director at Kingsbury requesting a formal letter of acceptance to add | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/26/2015 | Receive and review proposed comp ed plan for this student drafted by educational advocate. Reviewed to determine if it meets Reid factors and the IHO's expectations per his PHO and whether it can be placed in | $386.00 hr | 0.60 | $231.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/27/2015 | draft and send email to witness Berry asking whether she is able to reschedule our prep session for this student to | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/27/2015 | Receive and review email from the witness in the upcoming case, Ms. Berry, advising that she is able to | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/27/2015 | Draft and send email to witness Ms. Keisha Matthews confirming our appointment to prep for the hearing this coming Saturday and asking if we can push up the time to | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/27/2015 | In order to complete the five day disclosure packet, review entire five day already compiled and add additional documents located since the creation. Finalize and | $386.00 hr | 0.70 | $270.20 | 0.00 |
| 07/27/2015 | Following completion of five day disclosure, drafted exhibit list as required for inclusion in the five day disclosure cover sheet. Finalized cover sheet by entering information | $386.00 hr | 0.30 | $115.80 | 0.00 |
| 07/27/2015 | Number each document in the five day disclosure and scan as required in order to have the documents in a format that will be able to be filed with the ODR and opposing | $0 hr | 0.70 | $0.00 | 0.70 |
| 07/28/2015 | File five day and serve on DCPS counsel in accordance with | $0 hr | 0.20 | $0.00 | 0.20 |
| 07/28/2015 | Receive and review offer of SA from DCPS on the day of the five day disclosure with an accompanying email that indicates the main portions of the offer (comp ed and some attorneys fees). Reviewed so I can advise the parent | $386.00 hr | 0.40 | $154.40 | 0.00 |
| 07/28/2015 | Call to the parent about the settlement offer just made. reviewed terms and determined that the parent does not wish to accept the offer because placement is not part of it | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/28/2015 | Following call with parent; drafted and sent email to DCPS rejecting the settlement offer and advising as to the reasons for the rejection. Also advised of the inapplicability | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/28/2015 | Receive and review email from DCPS counsel asking for clarification about whether we are indicating we won't settle unless DCPS funds the student at Kingsbury. He | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Receive and review another email from DCPS counsel in this case trying to convince me that I should settle the case. He indicated that he thinks we will get less at the | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07/28/2015 | Draft and send email to Mr. Jaffe, DCPS counsel, in response to his email indicating that he is going to be presenting the self-contained program at Sousa at the hearing. Advised that he is not permitted to do so because the IHO advised him that I had to be notified in advance of | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Draft and send email response to DCPS counsel in response to his allegation that we will get less relief at the hearing. Advised that the parent wishes me to pursue the | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Receive and review email from Mr. Jaffe in response to my concern about the student's placement and our need to continue the litigation to receive an appropriate placement. He claims that DCPS provided a placement and | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Draft and send yet another email response to DCPS counsel. Advised the student has not been given a placement and that we fundamentally disagree about | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Receive and review email from Mr. Jaffe claiming that they "notified" the parent of the new "location of services" at Sousa through a letter on July 14 and they will be | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Following the back and forth with DCPS counsel, received email from DCPS staff Crawford providing an authorization for the full amount of Lindamood Bell that we requested | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/28/2015 | Following phone call to the parent about whether she received an "LOS letter," emailed DCPS counsel advising that the parent never received such a letter. Advised she will testify to this at the hearing. Advised also that he violated the IHO's specific orders at the PHC to advise me of any proposed placement. advised also that we accept | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Receive and review email from DCPS counsel calling my client a liar because she says she didn't receive the "LOS | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Receive and review email from Mr. Jaffe to the IHO in this case claiming that there is a new "dispute" about whether the parent received an LOS letter and he wants a PHC to | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Receive and review email from the IHO indicating we will have another PHC right now to discuss Mr. Jaffe's | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/28/2015 | Receive and review email from DCPS counsel asking for the numbers he needs to use to call us for this "emergency" PHC he is asking to have this minute to discuss "concerns" | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Draft and send lengthy email to the IHO in this case advising as to our side of the story about the LOS letter and DCPS's failure to adhere to the Order of the IHO during the PHC about advising us in advance of any proposed placement. Advised that I have a short time frame for any call tonight due to other engagements. Advised that a | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Draft and send email to the IHO and DCPS counsel advising I have ten minutes maximum for a PHC tonight and that I am currently putting together an additional exhibit for | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Participated in last-minute PHC with the IHO and DCPS counsel based on DCPS's counsel insistence because he disagrees that we didn't receive the "LOS" letter he claims was sent. Discussed DCPS's last-minute attempt to | $386.00 hr | 0.60 | $231.60 | 0.00 |
| 07/28/2015 | Following "emergency" PHC in this matter, compile additional exhibit for inclusion in the five day disclosure and corresponding revision to the five day disclosure cover | $386.00 hr | 0.30 | $115.80 | 0.00 |
| 07/28/2015 | Receive and do very cursory scan/ review DCPS's disclosures in the case. Reviewed to determine whether or not any objections need to be made to the disclosures | $386.00 hr | 0.30 | $115.80 | 0.00 |
| 07/28/2015 | Receive and review email from DCPS counsel filing a document called "continuance available if needed by parent." reviewed to determine whether a formal | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/28/2015 | Following review of DCPS's disclosure, created one final exhibit (P35) and disclosed to the IHO and the ODR and DCPS counsel in case DCPS withdraws this exhibit or fails | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/28/2015 | Update five day disclosure cover sheet in light of the new defense/ program that DCPS is going to be allowed to present in this case. Time includes updating exhibit list | $386.00 hr | 0.30 | $115.80 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/28/2015 | Draft and send objection to the "continuance" motion filed by DCPS. Advised as to my disagreement with much of the argument in the document and why any continuance would prejudice the parent. Advised I would discuss it | $386.00 hr | 0.20 | 0.20 | $77.20 | 0.00 |
| 07/28/2015 | Receive and review email from DCPS counsel objecting to my supplemental exhibit because it contains emails between myself and DCPS counsel. Reviewed the exhibit | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/28/2015 | Receive phone call from LMB representative Nancy Gregerson about a call she received from DCPS counsel Jaffe. Jaffe advised her of the offer of SA made to us and our rejection and asked her for their recommendations. She wanted to know if the parent consented to her discussing the matter with him because she requires | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/29/2015 | Receive and review email from DCPS counsel objecting to my emails in P34 and explaining the nature of his | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/29/2015 | Receive and review email from Dr. Somerville, witness in the upcoming case, asking if we can switch the time to | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/29/2015 | Draft and send email to the IHO in this case and DCPS counsel advising that I should be called on my cell phone for the second "emergency" PHC in this case because I am | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/29/2015 | Draft and send email response to Dr. Somerville picking a different time for us to prep for the hearing in this matter in light of her last email. Advised as to the number she can | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/29/2015 | Emails back and forth with the IHO and DCPS counsel about my participation in the second "emergency" PHC in this case. My hearing is running over and the call is having | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/29/2015 | Receive and review another email from DCPS counsel raising another concern about my exhibit P34 for the IHO's | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/29/2015 | Participate in second "emergency" PHC to discuss DCPS's intent to present a placement they never advised us about in advance and our concerns about prejudice to the parent. Discussed hearing logistics and the IHO indicated | $386.00 hr | 0.40 | $154.40 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/29/2015 | Receive and review email from DCPS attorney Jaffe advising me that I must include both he and Ms. Akela Crawford on all emails regarding this student. He advised | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/30/2015 | Receive and review email from educational advocate Dr. Holman, sent at my request/ direction, memorializing her attempts to get information about the SLS program at Sousa due to the new development of the case where the IHO is allowing DCPS to propose this program as | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/30/2015 | Draft and send email response to witness Dr. Somerville re: our appointment to prep for the upcoming hearing. I advised her that a hearing I had got pushed back and was way longer than it should have been, conflicting with our meeting time. Advised of my travel plans for a wedding | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/30/2015 | Receive and review response from expert witness Dr. Somerville re: our appointment to prep for the upcoming hearing. She is available Monday. She provided me her | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/30/2015 | Draft and send email to Ms. Gustafson of Kingsbury advising that due to the hearing being Tuesday, we need to have a prep call on Monday if possible. Asked for her | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/30/2015 | Draft and send email response to witness Somerville (expert) advising that we are now confirmed to prepare for | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 07/30/2015 | Draft and send lengthy email to the IHO and DCPS counsel re: needing a third day for the hearing. Advised of the need for this day because of the alternative relief that he is now allowing DCPS to offer that we were not on notice of until the hearing had begun. Advised I will have to add questions to witness direct examination to address this issue and I can't promise we will finish in one day with our | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 07/30/2015 | Receive and review email from Ms. Berry (witness in upcoming case) agreeing that she is able to prep for this hearing tomorrow at 11:15 am. Made note of this date | $386.00 hr | 0.10 | $38.60 | 0.00 |

| 07/30/2015 | Prep with parent and grandparent in person for hearing including going over documents and testimony expected on direct and cross. Went over both parties' five day disclosures, the claims in the case, relief requested, due | $386.00 hr | 3.60 | 3.60 | $1,389.60 | 0.00 |
| 07/31/2015 | Receive and review email from witness Gustafson advising me of when she can prepare with me for the upcoming | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Draft and send email to Ms. Berry, witness who I was supposed to prepare with today for the upcoming hearing. Advised her that I missed my flight and now will be travelling during the time that we are supposed to | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email response from Ms. Berry, witness who I was supposed to prepare with today for the upcoming hearing. She advised that she can reschedule | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Draft and email response email to Ms. Ms. Berry, witness who I will be preparing for the hearing on Monday. Provided her some times. As she requested, also included | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email from Ms. Berry, witness in upcoming case. She confirmed a time for Monday's prep. | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email from the IHO in this case re: my request for a third day of hearing. He provides dates when | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email response from Mr. Jaffe, DCPS counsel, re: the third day of hearing. he advised he will be out of the country and gave a day he could do the third day. He also advised he doesn't want a third day and | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email response email from the Hearing Officer to Mr. Jaffe's email about wanting the third day to be after the 24th of the month. the IHO asks if we can add | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review response from Mr. Jaffe to the IHO's request to have the third day of the hearing on 8/6 or 8/7. | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email from the IHO asking Mr. Jaffe if he can get someone to cover so that he can complete this | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 07/31/2015 | Receive and review email from DCPS counsel Jaffe in response to the encouragements by the IHO that Mr. Jaffe get coverage so we can have a third day of hearing. Mr. Jaffe again claims I don't need a third day. He advised that he gave us 28,000 in comp ed so the only issue is about | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email from the IHO advising that the case has to be decided before school and that he will require the parties to be available, if need be. He won't | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review another email from DCPS pushing back on scheduling a third day of hearing. he claims I need a day and a half and he needs a half a day, and two days are all | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Draft and send email response to the IHO and DCPS counsel advising that I will need us to have a third day of hearing and explaining why. Advised I cannot agree to two- | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review yet another email from the hearing officer stating that he has told the parties his position - | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email from DCPS stating now all of a sudden they can be available on August 7, and then asking | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review yet another email from DCPS containing inappropriate information to the IHO. He now claims that the IHO should limit the testimony of "so called comp ed" because they provided a "whopping 28,000 in | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Draft and send email response advising of the inappropriateness of the language that DCPS is sending to the IHO. Advised that I will plan my second day of testimony for the second day of testimony, and DCPS can | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email from the IHO asking if on the third day, we can have the hearing start in the afternoon. | $386.00 hr | 0.10 | 0.10 | $38.60 | 0.00 |
| 07/31/2015 | Receive and review email from Mr. Jaffe re: witness scheduling for day 3 of the hearing. he advised the IHO he can't have the hearing start in the afternoon because his | $386.00 hr | 0.10 | 0.10 | $38.60 | |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 08/01/2015 | In order to prepare adequately for hearing, review each and every page of over 500 page Petitioner's Disclosure for preparation in opening, closing, and direct and cross examination. Highlighted and annotated pages and made | $386.00 hr | 5.30 | 5.30 | $2,045.80 | 0.00 |
| 08/01/2015 | Prepare for DCPS's presentation of its case by reviewing both parties' disclosures for documents related to possible DCPS witnesses Lea Gibson and Trinaty Fofana (Social Worker). Purpose is to to identify which documents may be appropriate to reference during her cross examination or that may be a part of DCPS's direct. Made list of | $386.00 hr | 1.50 | 1.50 | $579.00 | 0.00 |
| 08/01/2015 | Prepare for hearing this coming week by reviewing complaint for list of relevant case law that was cited and making list for hearing. Following identification of those cases, conduct additional legal research, identify more relevant case law to cite during closing arguments, and | $386.00 hr | 2.50 | 2.50 | $965.00 | 0.00 |
| 08/01/2015 | In order to be prepared for the hearing, review each and every page of the 50 page disclosure filed by DCPS. Highlighted and annotated pages and made notes for use | $386.00 hr | 1.00 | 1.00 | $386.00 | 0.00 |
| 08/02/2015 | Continue process of reviewing each and every page of over 500 page Petitioner's Disclosure for preparation in opening, closing, and direct and cross examination. Highlighted and annotated pages and made notes for use | $386.00 hr | 2.60 | 2.60 | $1,003.60 | 0.00 |
| 08/02/2015 | in advance of prep session with Keisha Mathews Berry, using relevant documents from the five day disclosure to assist, draft possible questions on direct and list of possible areas for cross examination. Sent to witness for review in | $386.00 hr | 1.00 | 1.00 | $386.00 | 0.00 |
| 08/02/2015 | Following almost four hour prep session with parent and grandparent, using notes from interview during prep session and all the documents in the five day, draft questions for both witnesses to be used on direct examination during the hearing. Also made list of possible | $386.00 hr | 2.30 | 2.30 | $887.80 | 0.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08/02/2015 | In preparation for the upcoming hearing, using notes form prep session with Tal Alter, witness in upcoming hearing, draft questions for use on direct examination of the witness and draft a list of possible areas for cross | $386.00 hr | 1.10 | $424.60 | 0.00 |
| 08/02/2015 | In advance of prep session with Dr. Somerville, using relevant documents from the five day disclosure to assist, draft possible questions on direct and list of possible areas | $386.00 hr | 1.20 | $463.20 | 0.00 |
| 08/03/2015 | Draft and send email to LMB representative regarding a letter of authorization that DCPS sent us providing us the comp ed services we requested (minus transportation). Advised on the ramifications of DCPS providing this document and also the continued need for the testimony | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/03/2015 | As is required by the PHO in this case, draft and send email to the witnesses that are going to be testifying over the phone to provide them copies of the disclosures from both | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/03/2015 | Receive and review email from Ms. Gregerson at LMB about use of the LMB services. she indicates she wishes the student to start immediately and that he start 6 hours | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/03/2015 | Draft and send email to the IHO in this case requesting clarification about the third day of hearing that we have been discussing via email. Advised that the IHO indicated he wished to do the afternoon for the hearing and DCPS counsel indicated he wished to do morning, and I had not | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/03/2015 | Receive and review email from the hearing officer in response to my questions about HOD logistics. He indicated he will be available for the third day of hearing | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/03/2015 | Receive and review email from the DCPS Counsel in this case to myself and the IHO about the hearing. He indicated that he thinks my case should be done by 8/4 or sooner and that DCPS gets the third day. He reiterated that | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 08/03/2015 | Prepare for DCPS's presentation of its case by reviewing both parties' disclosures for documents related to Brie Whitmier, case manager, who is listed as a potential witness and is one of the main people involved in this students' case. Purpose is to identify which documents | $386.00 hr | 1.30 | $501.80 | 0.00 |
| 08/03/2015 | in preparation for the upcoming hearing, prepare for DCPS's presentation of its case by reviewing both parties' disclosures for documents related to the principal of the school - Clarence Humes, who is listed as a potential witness.  Purpose is to to identify which documents may | $386.00 hr | 0.70 | $270.20 | 0.00 |
| 08/03/2015 | in preparation for the upcoming hearing, prepare for DCPS's presentation of its case by reviewing both parties' disclosures for documents related to witness LEA Rep Nicola Stewart Walker to identify which documents may | $386.00 hr | 1.20 | $463.20 | 0.00 |
| 08/03/2015 | Prep for the hearing with witness Dr. Somverville. Reviewed possible questions on direct and cross examination and interviewed the witness to get | $386.00 hr | 1.00 | $386.00 | 0.00 |
| 08/03/2015 | Prepare for DCPS's presentation of its case by reviewing both parties' disclosures for documents related to possible DCPS witnesses Michal Zeurblis (program manager) and Akela Crawford (CCM), both whom are DCPS HQ employees likely to testify in the proceedings.  Purpose is | $386.00 hr | 1.30 | $501.80 | 0.00 |
| 08/03/2015 | Prep for the hearing with witness Keisha Matthews, S&L expert. Reviewed possible questions on direct and cross examination and interviewed the witness to get | $386.00 hr | 0.90 | $347.40 | 0.00 |
| 08/03/2015 | Prep for the hearing with witness Marlene Gustafson of Kingsbury.  Reviewed possible questions on direct and cross examination and interviewed the witness to get | $386.00 hr | 1.00 | $386.00 | 0.00 |
| 08/03/2015 | Call to Nancy Gregerson of LMB to discuss limiting nature of testimony based on recent authorization of LMB services on the day of the five day disclosure deadline. | $386.00 hr | 0.40 | $154.40 | 0.00 |

| Date | Description | Rate | Hours | Amount | Balance |
|---|---|---|---|---|---|
| 08/03/2015 | Following prep session with witness Marlene Gustafson of Kingsbury, drafted questions for use on direct examination, using the documents relevant to this witness as a guide. Also referred to five day cover sheet list if | $386.00 hr | 1.00 | $386.00 | 0.00 |
| 08/03/2015 | Call to the grandmother to discuss hearing testimony and testifying on Wednesday and to discuss the provision of the five day disclosure packet to the student. Advised as | $386.00 hr | 0.20 | $77.20 | 0.00 |
| 08/03/2015 | Following prep phone call with witness Keisha Berry, at her request, draft and send email containing a list of questions that she needs to find the answers to in advance of the hearing. Advised about hearing logistics and timing of her testimony. Advised as to some details about the program we are seeking for placement. Provided a copy of the | $386.00 hr | 0.30 | $115.80 | 0.00 |
| 08/04/2015 | Parking day 1 of DPH - parent/ client | $20.00 ea | 1.00 | $20.00 | 0.00 |
| 08/04/2015 | Parking day 1 of DPH - attorney | $20.00 ea | 1.00 | $20.00 | 0.00 |
| 08/04/2015 | Parking day 2 of DPH - parent/ client | $20.00 ea | 1.00 | $20.00 | 0.00 |
| 08/04/2015 | Participate in day 1 of the due process hearing in this case for opening statements, arguments and discussion with | $386.00 hr | 8.00 | $3,088.00 | 0.00 |
| 08/04/2015 | Following day 1 of the due process hearing, convene with parent in-person to advise her on the progress of the hearing thusfar, the likelihood of success based on the evidence presented to this point, to answer questions | $386.00 hr | 0.50 | $193.00 | 0.00 |
| 08/04/2015 | Receive and review email from witness Keisha Berry asking for a confirmation of the address where she should report | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/04/2015 | Following day 1 of the due process hearing, and before day 2, review notes from day 1 and make notes for use in closing arguments in light of the testimony that has come out thusfar, and the legal issues raised during the case | $386.00 hr | 2.30 | $887.80 | 0.00 |
| 08/05/2015 | Parking day 2 of DPH - attorney | $20.00 ea | 1.00 | $20.00 | 0.00 |
| 08/05/2015 | Conference call with the parent and grandparent following the final day of hearing in this case to discuss what to expect next, the ramifications of DCPS not putting on a | $386.00 hr | 0.40 | $154.40 | 0.00 |
| 08/05/2015 | Litigate second / final day of hearing on behalf of the parent. Put on three witnesses. Did closing arguments. | $386.00 hr | 7.50 | $2,895.00 | 0.00 |

9e

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 08/06/2015 | Draft and send email to LMB representative with an update on the comp ed provided by DCPS by the day of the five day disclosure in the case. Advised that we must wait | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/07/2015 | Receive and review email from Kingsbury asking about when the HOD is due for this student for their planning | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/07/2015 | Draft and send email response to Kingsbury advising of when they can expect the HOD for this student. Time includes researching that information so that Kingsbury | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/07/2015 | Receive and review email response from Kingsbury advising that the deadline for the HOD is a week before school and they will prepare in advance for the possibility | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/10/2015 | Receive and review email from LMB representative regarding transportation per HOD to their center for the student to receive his services. She acknowledged that we have to wait for the IHO to rule for the transportation | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/17/2015 | Receive and review Hearing Officer's Determination in this case. Review was to determine favorable party, deadlines, obligations of the parties, whether any follow-up work was Ordered by the IHO, and to be able to explain the decision | $386.00 hr | 0.50 | $193.00 | 0.00 |
| 08/18/2015 | Receive and review email from DCPS providing a LOS letter to Kingsbury per the HOD in this case for our review and use in implementing the HOD. DCPS also indicated that they will be amending the IEP today to provide for transportation and will be in contact about that by COB | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Draft and send email to Kingsbury Admissions Director providing the copy of the LOS letter DCPS sent per the HOD that will allow the school to enroll the student officially so the HOD can be implemented and the student | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Call parent of the student in this case to advise them as to the favorable decision of the Hearing Officer. Advised the parent as to the ruling of the IHO on the various claims that were litigated at the due process hearing. Advised parent as to next steps based on the IHO's order. Advised parent as to deadlines and obligations of the parties based | $386.00 hr | 0.30 | $115.80 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 08/18/2015 | Draft and send email (attaching favorable HOD) to Kingsbury Day school representative to advise them as to the favorable decision of the Hearing Officer. Advised the school as to the Order in the HOD and the steps that will be taken to effectuate the placement from here on out. | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Draft and send email (attaching favorable HOD) to Lindamood Bell comp ed provider representative to advise them as to the favorable decision of the Hearing Officer. Advised the provider as to the Order in the HOD and the steps that will be taken to effectuate the placement from here on out. Advised that we would be in touch shortly | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Receive and review email from Admissions Director of Kingsbury advising as to the next steps for HOD implementation following the receipt of the favorable | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Receive and review email from Lindamood Bell representative advising as to the next steps for HOD implementation following the receipt of the favorable | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Draft and send email to Ms. McFarland at DCPS inquiring about whether she is the correct contact person for the HOD implementation and advising as to the need for quick | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Receive and review email from Lindamood Bell advising that they have the contact information for the parent, but that the numbers are not working and they cannot reach | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Receive and review email from grandmother Barbara Roach to Lindamood Bell in response to their attempt to reach the parent for HOD implementation purposes. She advised that she can ensure the parent receives the | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Receive and review email from LMB representative regarding implementation of comp ed per HOD. She advised that she was able to talk with the parent, and a | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Receive and review email from DCPS Kali McFarland advising that the case has not been assigned to anyone at DCPS for implementation yet because it came out | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | | Hours | Amount | |
|---|---|---|---|---|---|---|
| 08/18/2015 | Draft and send email response to Ms. McFarland about the case not yet being assigned for implementation through DCPS. Advised that we would not be in such a rush, but | $386.00 hr | | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | Draft and send follow up email to Ms. McFarland to correct a misunderstanding in her previous email regarding the student and HOD implementation. She advised previously that Ms. Ingram would likely be involved because she is assigned to middle schools. Advised Ms. | $386.00 hr | | 0.10 | $38.60 | 0.00 |
| 08/18/2015 | In person meeting with the parent to gather email communications she has located and identified for possible inclusion in the five day disclosure packet. Those will be reviewed and organized for use in the disclosure. | $386.00 hr | | 0.30 | $115.80 | 0.00 |
| 08/18/2015 | Receive and review email from DCPS with five or six different documents per HOD for my review and the parent's signature and containing a number of questions for the parent/ myself about HOD implementation. DCPS | $386.00 hr | | 0.30 | $115.80 | 0.00 |
| 08/19/2015 | call to the parent to advise her of the email I received from DCPS and their request that the parent come to DCPS HQ to verify residency. Advised as to HOD implementation issues and the documents received and formulated a plan | $386.00 hr | | 0.20 | $77.20 | 0.00 |
| 08/19/2015 | Following phone call with the parent, draft email to DCPS advising them of the intent of the parent and myself to go to DCPS HQ at 3:45 tomorrow to sign documents per HOD and verify residency. Advised that LMB has set up a | $386.00 hr | | 0.10 | $38.60 | 0.00 |
| 08/19/2015 | Receive and review email response from DCPS employee Ingram regarding the HOD implementation. She confirmed that myself and the parent can meet her at DCPS HQ at 3:45 tomorrow to sign documents per HOD and verify residency to ensure timely HOD implementation. She | $386.00 hr | | 0.10 | $38.60 | 0.00 |
| 08/19/2015 | Receive and review email from LMB representative to DCPS about HOD implementation and the schedule for the | $386.00 hr | | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 08/20/2015 | Receive and review email from Akela Crawford at DCPS copying the Village Academy progress monitor and attaching documents for the client to sign to facilitate his attendance at the new school per HOD, including a withdrawal form and residency verification. Time includes | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Receive and review email exchange between DCPS and the LMB representative re: services per HOD. DCPS is asking about scheduling for the tutoring and whether an earlier | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Receive and review email from DCPS to LMB about HOD implementation. DCPS wants to know about the early release schedule for the student on Wednesdays before | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Receive and review email from the IHO in this case following the issuance of the HOD. He wants to know whether or not I can send an electronic copy of Exhibit P34 | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Per the request of the IHO, locate electronic version of P34 and send to the hearing officer for his use in the | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Receive and review email response from LMB to DCPS about the schedule for the student to receive comp ed services per the HOD. LMB provided several options for | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Receive and review email from DCPS in light of the email exchange between DCPS and LMB. DCPS asked if I would confer with my client about when the student will attend | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Phone call to the parent to advise her of the communications back and forth with LMB and DCPS and to find out when she wants the student to attend LMB on | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Following call with the parent, draft and send email to DCPS advising them of the parent's preference for scheduling LMB on Wednesdays so that DCPS can | $386.00 | hr | 0.10 | $38.60 | 0.00 |
| 08/20/2015 | Meet with the parent and DCPS compliance case manager Ingram at DCPS HQ for the purpose of executing documents per HOD and getting the student's HOD implemented per DCPS's policies and procedures. Time | $386.00 | hr | 1.00 | $386.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 08/24/2015 | Receive and review email from LMB to DCPS per the request from DCPS based on the recent HOD and need for implementation. LMB confirmed receipt of authorization | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/27/2015 | Phone call from the parent regarding concern about HOD implementation and confusion about transportation per HOD. the parent has not been advised who is coming and when, even though private transport was authorized per | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/27/2015 | Following phone call with the parent, draft and send email to DCPS advising that the parent has not been advised about services per HOD (transportation) and the student does not know where he is supposed to be and when. | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/27/2015 | Receive and review email from Ms. Ingram of DCPS providing information about the transportation per HOD, which should have been communicated to the parent. The | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 08/28/2015 | Receive and review email from DCPS Castillo advising as to the reason that the transportation to LMB per HOD did not | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 09/03/2015 | Receive and review email from LMB advising that the student's transportation to LMB per the HOD is still an issue and he did not arrive today because of DCPS not | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 09/04/2015 | Receive and review email from parent to DCPS and myself regarding continued concerns about transportation and implementation of the HOD. the parent is frustrated and has safety concerns. Also the parent was advised that the | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 09/04/2015 | Receive and review email from educational advocate to DCPS, sent at my direction/ request, regarding the student's LMB services per HOD. She advised that it is not acceptable for the student to lose hours he is not receiving | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 09/09/2015 | Receive and review email from DCPS employee advising that the student cannot receive his LMB services per HOD today because of another mix-up with transportation. DCPS's continued failure to implement the HOD is a denial | $386.00 hr | 0.10 | $38.60 | 0.00 |
| 09/09/2015 | Draft and send email response to Ms. Ingram of DCPS regarding the email she sent about not transporting the student to LMB today per the HOD. I advised of our | $386.00 hr | 0.10 | $38.60 | 0.00 |

| Date | Description | Rate | | | | Amount | |
|---|---|---|---|---|---|---|---|
| 09/09/2015 | Receive and review email response from Ms. Ingram of DCPS claiming there was some kind of mistake in her email and that she did not mean to send the email about LMB services today per HOD. She advised the student will receive the service today. She failed to respond to my | $386.00 hr | 0.10 | 0.10 | | $38.60 | 0.00 |
| 09/09/2015 | Receive and review email from DCPS rep Tiffany Ingram regarding the issues I raised earlier regarding inconsistent implementation of the HOD. DCPS indicates they will make up the hours the student missed because DCPS failed to transport the student to LMB. Additionally, Ms. Ingram | $386.00 hr | 0.10 | 0.10 | | $38.60 | 0.00 |
| 10/16/2015 | Following receipt of information from advocate as to issues with the use of LMB hours for implementation of the HOD, drafted/ sent email to parent regarding these | $386.00 hr | 0.10 | 0.10 | | $38.60 | 0.00 |

Total Labor For Alana Hecht  142.90  140.60  $53,756.40  2.30
Total Expense For Alana Hecht  $80.00  $80.00
Total For Alana Hecht  $53,836.40